EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUCKACHIA SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:15-cv-02570-AG-JEM<br><br>[~~PROPOSED~~] JUDGMENT |

-1-

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  May 19, 2016

_____
HON. JOHN E. MCDERMOTT
United States Magistrate Judge